### FOSTER v. STATE.

No. 17003.

Court of Criminal Appeals of Texas.

Nov. 14, 1934.

J. S. Kone, of Sherman, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for burglary, punishment being assessed at two years in the penitentiary.

The indictment charges the offense. The record is before this court without bills of exception or statement of facts. In such condition nothing is presented for review.

The judgment is affirmed.

### NEAL v. STATE.

No. 17005.

Court of Criminal Appeals of Texas.

Nov. 14, 1934.

E. B. Simmons, of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for unlawfully carrying a pistol, punishment assessed being a fine of $100.

The indictment properly charges the offense. The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.